IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARRY ROGER BAISDEN, II, <br> AIS #298382, <br><br> Plaintiff, <br><br> v. <br><br> CORRECTIONAL OFFICER ASSIGNED TO <br> DORM B, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:19-CV-1080-WHA <br> ) <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

On May 13, 2020, the Magistrate Judge entered a Recommendation (Doc. #14) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for the plaintiff's failure to file an amendment to his complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE this 4th day of June, 2020.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE